# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Richard Allen Smuda and Linda Sue Smuda, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Lynn Marten, Social Security, Assistant Regional Commissioner, Processing Center Operation, | ) |
| Defendant. | ) Case No. 1:14-cv-141 |

The Clerk's office is directed to seal attachments Nos. 1 and 2 to plaintiffs' PLRA packet (Docket Nos. 2-1 and 2-2) as they contain sensitive personal information.

**IT IS SO ORDERED.**

Dated this 6th day of November, 2014.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court