# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Ricky Allen Smuda, | ) |
|           Plaintiff, | ) **ORDER GRANTING DEFENDANT'S** |
| | ) **MOTION FO REMAND AND** |
| | ) **DEEMING AS MOOT PLAINTIFF'S** |
| vs. | ) **MOTION TO COMPEL DISCOVERY** |
| | ) |
| Michael J. Astrue, Commissioner of | ) |
| Social Security,[1] | ) Case No. 1:14-cv-141 |
| | ) |
|           Defendant. | ) |

On November 13, 2014, plaintiff filed what the court construes as a Motion to Compel Discovery. On March 19, 2015, defendant filed a Motion for Remand for Further Administrative Action. On March 30, 2015, plaintiff filed a response in opposition to defendant's motion.

For good cause shown, the court **GRANTS** defendant's Motion for Remand for Further Administrative Action (Docket No. 22). The above-entitled action shall be remanded for further administrative action pursuant to sentence six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Plaintiff's motion to compel discovery (Docket No. 7) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2015.

                                                                              */s/ Charles S. Miller, Jr.*
                                                                              Charles S. Miller, Jr., Magistrate Judge
                                                                              United States District Court

---

[1] Carolyn W. Colvin is the Acting Commissioner of the Social Security Administration.